# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : No. 3:19-CR-212
:
ROBERT SCOTT a/k/a "Wells," : JUDGE
:
:
Defendant :

**FILED
SCRANTON
JUL 0 9 2019
PER _____
DEPUTY CLERK**

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about December 26, 2016, in Monroe County, within the Middle District of Pennsylvania, the defendant,

**ROBERT SCOTT,**

did knowingly and intentionally distribute and possess with intent to distribute cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO

On or about March 4, 2017, in Monroe County, within the Middle District of Pennsylvania, the defendant,

**ROBERT SCOTT,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT THREE

On or about July 7, 2018, in Monroe County, within the Middle District of Pennsylvania, the defendant,

**ROBERT SCOTT,**

did knowingly and intentionally distribute and possess with intent to distribute cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT FOUR

On or about February 22, 2019, in Bartonsville, Monroe County, within the Middle District of Pennsylvania, the defendant,

**ROBERT SCOTT,**

did knowingly and intentionally distribute and possess with intent to distribute cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT FIVE

On or about February 28, 2019, in Bartonsville, Monroe County, within the Middle District of Pennsylvania, the defendant,

**ROBERT SCOTT,**

did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, cocaine base ("crack"), a Schedule II controlled substance, and methyleneldioxymethamphetamine ("MDMA" or "molly"), a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

DAVID J. FREED
United States Attorney

FOREPERSON

Date: 7/9/19

By: _____
SEAN A. CAMONI
Assistant United States Attorney